**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID PIPPIN,

    Plaintiff,                                           CASE NO.12-CV-1700

v.

MERCANTILE ADJUSTMENT BUREAU,
LLC,

    Defendant.
_____/

## **NOTICE OF VOLUNTARY DISMISSAL**

      DAVID PIPPIN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, MERCANTILE ADJUSTMENT BUREAU, LLC (Defendant), in this case.

                                  RESPECTFULLY SUBMITTED,

                                  By: _/s/ Shireen Hormozdi
                                        Shireen Hormozdi, Esq.
                                        FBN: 882461
                                        KROHN & MOSS, LTD.
                                        10474 Santa Monica Blvd, Suite 401
                                        Los Angeles, CA 90025
                                        T: (323) 988-2400 ext. 230
                                        F: (866) 802-0021
                                        shormozdi@consumerlawcenter.com
                                        *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2013, I electronically filed the foregoing Notice of Voluntary Dismissal with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff
